UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

AHMED ELGALAD,

                                    Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION,
MICHELLE ROCHON, PRINCIPAL; KABEYA MBUYI,
ASSISTANT PRINCIPAL; HILAIRE LIVINGSTON,
ASSIGNED PRINCIPAL,

                                      Defendants.

-------------------------------------------------------------------------

**NOTICE OF SUGGESTION OF DEATH**

**17-CV-4849 (VSB)**

        Defendants suggest upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Livingstone Hilaire, sued herein as Hilaire Livingston, a defendant in this action. Upon information and belief, Mr. Hilaire died on May 17, 2020.

Dated:      Queens, New York
              July 8, 2020

                                          **JAMES E. JOHNSON**
                                          Corporation Counsel of the
                                             City of New York
                                          Attorney for Defendants
                                          100 Church Street, Room 2-146
                                          New York, New York 10007
                                          (212) 356-1177
                                          amildner@law.nyc.gov

                                  By:    /s/
                                           Alana R. Mildner
                                           Assistant Corporation Counsel

To (via ECF):  GLASS HARLOW & HOGROGIAN LLP
                  Attorneys for Plaintiff
                  One Blue Hill Plaza, #1509
                  Pearl River, NY 10965

Civil Action No. 17 CV 4849 (VSB)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED ELGALAD,

                              Plaintiff,

- against –

NEW YORK CITY DEPARTMENT OF EDUCATION, MICHELLE ROCHON, PRINCIPAL; KABEYA MBUYI, ASSISTANT PRINCIPAL; HILAIRE LIVINGSTON, ASSIGNED PRINCIPAL,

                              Defendants.

**NOTICE OF SUGGESTION OF DEATH**

*JAMES E. JOHNSON*
*Corporation Counsel of the City of New York*
   *Attorney for Defendants*
   *100 Church Street, Room 2-146*
   *New York, NY  10007*

   *Of Counsel:  Alana R. Mildner*
   *Tel:  (212) 356-1177*
   *Our No. 2017-036946*

*Due and timely service is hereby admitted*

*New York, N.Y.  ........................................... , 202 . . .*

*.......................................................................... Esq.*

*Attorney for ................................................................*