USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AHMED ELGALAD,

                Plaintiff,

     -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET. AL.,

                Defendants.
------------------------------------------------------------X

17-CV-4849 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

On July 8, 2020, Defendant filed a notice of suggestion of death pursuant to Federal Rule of Civil Procedure 25(a)(1).  (Doc. 52.)  Under Federal Rule of Civil Procedure 25(a)(1), either party or the decedent's successor or representative has 90 days after the service of a notice of suggestion of death to submit a motion for substitution.  Accordingly, it is hereby:

ORDERED that the parties shall file any motions for substitution by October 6, 2020.

SO ORDERED.

Dated: July 12, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge