17 CV. 4849



October 5, 2020

Honorable Vernon Broderick
United States District Judge
Southern District of New York
40 Centre Street
New York, NY, 10007

Dear Judge Broderick,

Mr. Glass was expected to submit this letter to you almost 2 weeks ago informing
you of the change of counsel, but he did not submit it. Approximately 2 weeks ago
Mr. Glass and I have agreed to part ways in this litigation due to irreconcilable
differences regarding litigating this case. I am requesting a 60-day extension until I
can secure new counsel for this matter, especially since I am uncomfortable doing
a deposition without an attorney. I am requesting this extension because it is
difficult to find an attorney who is willing to take the case in the middle. If you
could grant this extension that would be greatly appreciated.

Respectfully submitted,

Ahmed M. Elgalad


c. Bryan Glass, Esq., outgoing Plaintiff's counsel

Alana Mildner, Assistant Corporation Counsel, 100 Church Street, New York, NY
10007, attorney for Defendants





DV DANIELS NJ O7O
U.S. POSTAGE PAID
FCM LG ENV
NORTHVALE, NJ
07647
OCT 15, 20
AMOUNT
$6.40
R2305H131020-15

1000

10007

Honorable Vernon Broderick
United States District Judge
Southern District of New York
40 Centre Street
New York, NY, 10007

1000731502 CO14

Mr Ahmed M Elgalad
530 Hughes St
Northvale, NJ 07647

CERTIFIED MAIL

7020 0640 0001 6231 9251

2020 OCT 16

SDNY PRO SE OFFICE