**GLASS HARLOW & HOGROGIAN LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
One Blue Hill Plaza, Suite 1509
Pearl River, NY 10965
212-537-6859
FAX NO. 845-510-2219

*Bryan D. Glass*  E-mail: bglass@ghnylaw.com
 Partner

October 29, 2020

*Via ECF*
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

          **Re: Ahmed Elgalad v. New York City Dept. of Education, et al.,**
            **17-cv-04849-VSB**

Dear Judge Broderick:

    I am listed as attorney of record for Plaintiff in the above-referenced matter. I write in response to the letters submitted by Mr. Elgalad dated October 5, 2020 and letter by of Assistant Corporation Counsel Ms. Mildner dated October 22, 2020 on behalf of Defendants. Since September 2020, I was no longer able to diligently represent Mr. Elgalad as he repeatedly would not take my legal advice. As indicated in his letter Mr. Elgalad has elected to represent himself while he seeks another counsel. Mr. Elgalad has made his intention to obtain new counsel quite clear on September 25, 2020, and I had been waiting for a substitution of counsel to be filed in lieu of formally filing a motion to withdraw as counsel for Plaintiff.

    In response to Ms. Mildner's letter dated October 22, 2020, I respectfully request an extension of the discovery deadline be granted as per Plaintiff's letter dated October 5, 2020. It is my understanding that Mr. Elgalad is still looking for new counsel and should be allowed time to do so without prejudicing any deadline in the interest of justice.

    Additionally, I would like to be removed as counsel of record for Mr. Elgalad, since I have not received a substitution of counsel to date from Mr. Elgalad, please let me know if it is necessary for me to formally file a motion to withdraw at this time.

    Thank you for Your Honor's consideration.

                                                    Respectfully submitted,

By: *s/ Bryan Glass*
Bryan D. Glass, Esq.

c: Alana R. Mildner, Esq., Attorney for Defendants