

**GEORGIA PESTANA**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ALANA R. MILDNER
Labor and Employment Law Division
Phone: (212) 356-1177
Fax: (212) 356-2439
Email: amildner@law.nyc.gov

June 17, 2021

**BY ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED /s/
VERNON S. BRODERICK
U.S.D.J. 6/21/2021

    Re:   <u>Elgalad v. New York City Dept. of Educ. et al.</u>
            Civil Action No. 17-CV-4849
            Law Dep't No. 2017-036946

Dear Judge Broderick:

       I am an Assistant Corporation Counsel in the Office of Georgia Pestana, Acting Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action.

       I submit this letter to respectfully request an extension of Defendants' time to serve and file its Motion for Summary Judgment until July 23, 2021. Defendants' motion is presently due on June 23, 2021. Due to an information technology issue affecting the entire New York City Law Department, I could not access my email account and electronic case files from June 6th to 13th. Though my email access was recently restored, I am still unable to access many of my electronic case files while working remotely and do not yet know when I will have such access. I have corresponded with the *pro se* Plaintiff, who informs me that he consents to this extension. This is the first request for an extension of Defendants' time to move for summary judgment and such an extension will not affect any other deadlines in this case.

       I thank the Court for its attention to this matter.

                                                 Respectfully Submitted,
                                                 /s/
                                                 Alana R. Mildner
                                                 Assistant Corporation Counsel

**CC:** **By First-Class Mail and ECF**
Ahmed M. Elgalad
Plaintiff *Pro Se*
530 Hughes Street
Northvale, New Jersey 07647