```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
AHMED M. ELGALAD,                                           :
                                                            :
                          Plaintiff,                        :
                                                            :         17-CV-4849 (VSB)
              - against -                                   :
                                                            :              ORDER
                                                            :
MICHELLE ROCHON and KABEYA                                  :
MBUYI,                                                      :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On February 14, 2024, I issued an Opinion & Order which, *inter alia*, denied Defendants Rochon and Mbuyi summary judgment as to Plaintiff's retaliation claims asserted under the New York State and New York City Human Rights Laws. (*See* Doc. 94.) On May 2, 2024, I granted Plaintiff's request to be appointed pro bono counsel and requested that the Office of Pro Se Litigation search for a suitable pro bono attorney. (*See* Doc. 96.) As of the date of this order, the Office's search continues, and Plaintiff remains pro se. However, there "is no requirement that an indigent litigant be appointed pro bono counsel in civil matters," and the Court cannot guarantee the availability of pro bono counsel. *Burgos v. Hopkins*, 14 F.3d 787, 789 (2d Cir. 1994). Accordingly, it is hereby:

ORDERED that I will hold a conference in this matter on Wednesday, January 8, 2025 at 11:00am. The parties should be prepared to set a trial date.

IT IS FURTHER ORDERED that, if Plaintiff obtains pro bono counsel, the attorney shall file a short letter confirming availability for the conference no later than seven (7) days following

the entry of the attorney's appearance.

SO ORDERED.

Dated: November 27, 2024
New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge