> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J. 12/30/2024
>
> The pretrial conference currently scheduled for January 8, 2025 at 11:00am is ADJOURNED to January 16, 2025 at 11:00am.

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**Lauren F. Silver**
*Assistant Corporation Counsel*
Phone: (212) 356-2507
Email: LaSilver@law.nyc.gov

December 30, 2024

**BY ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Elgalad v. New York City Dept. of Educ. et al.*
      Civil Case Action No.: 17-CV-4849

Dear Judge Broderick:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing Defendants in the above referenced matter. I write to request a one (1) week adjournment of the pre-trial conference scheduled for January 8, 2025. I am the trial supervisor in the Labor and Employment Division at the Law Department and I am supervising a case in the Southern District of New York in front of Judge Subramanian in the matter of *Persaud v. City Of New York*, 1:22-cv-02919, which is scheduled for trial the week of January 6, 2025. I expect the case to conclude by January 10, 2015. I am available on any day convenient for the Court from January 14 to 23, 27, 28, and 29, as well as from February 10 to 21. I contacted the Plaintiff, Mr. Elgalad, on November 27, 2024, regarding this request but did not hear back.

I thank the Court for its consideration of this request.

Respectfully submitted,

s/ *Lauren F. Silver*

Lauren F. Silver
Assistant Corporation Counsel

CC: By Mail and ECF

1

Ahmed M. Elgalad
Plaintiff Pro Se
530 Hughes Street
Northvale, New Jersey 07647