```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
AHMED M. ELGALAD,                                          :
                                                           :
                              Plaintiff,                   :
                                                           :     17-CV-4849 (VSB)
              - against -                                  :
                                                           :        ORDER
MICHELLE ROCHON & KABEYA MBUYI,                            :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

I held a conference in this matter on January 16, 2025. In accordance with my comments during the conference, it is hereby:

ORDERED that jury trial in this matter is scheduled to begin on October 20, 2025.

IT IS FURTHER ORDERED that I will hold a final pretrial conference on October 14, 2025 at 11:00am.

IT IS FURTHER ORDERED that any in limine motions be filed on or before September 15, 2025, with responses due on or before September 22, 2025.

IT IS FURTHER ORDERED that, pursuant to Rule 6 of my Individual Rules & Practices in Civil Cases, the joint pretrial order, proposed voir dire questions, proposed verdict sheets, proposed jury instructions, and any pretrial memoranda are due on or before October 10, 2025. The parties shall also email these documents in Word format to BroderickNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated:     January 16, 2025
           New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge