USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ahmed M. Elgalad,

                        Plaintiff,

-against-

Michelle Rochon and Kabeya Mbuyi,

                        Defendants.

1:17-cv-04849 (VSB) (SDA)

ORDER SCHEDULING
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

    A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, March 13, 2025, at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

    The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Friday, March 6, 2025).

**SO ORDERED.**

DATED:    New York, New York
               January 29, 2025

_____
STEWART D. AARON
United States Magistrate Judge