UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
AHMED M. ELGALAD, :
:
                    Plaintiff, :
: 17-CV-4849 (VSB)
    - against - :
: **ORDER**
:
MICHELLE ROCHON and KABEYA :
MBUYI, :
:
                   Defendants. :
:
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    It has been reported to the Court that the parties in this case reached a settlement agreement during the March 13, 2025 settlement conference before Magistrate Judge Stewart D. Aaron.  Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: March 14, 2025
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge